UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------- X
 BELARMINIA ORTIZ,                                          :
                                                            :
                                    Plaintiff,              :   ORDER REGULATING
                  -against-                                 :   PROCEEDINGS
                                                            :
 CITY OF NEW YORK,                                          :   18 Civ. 10869 (AKH)
                                                            :
                                    Defendant.              :
----------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for May 1, 2020, at 10:00 a.m., is hereby adjourned to May 22, 2020, at 10:00 a.m.

SO ORDERED.

Dated:    April 28, 2020                    _____/s/_____
             New York, New York              ALVIN K. HELLERSTEIN
                                                      United States District Judge